**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OSCAR ARIEL CHAVEZ VASQUEZ,<br>*Petitioner*,<br>v.<br>ARTHUR WILSON, *et al.*,<br>*Respondents*. | HON. KATHARINE S. HAYDEN, U.S.D.J.<br>Civil Action No. 26-13878 (KSH)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party.

JONATHAN IRIZARRY-LOPEZ, ESQ.
*Attorney for Petitioner*

ROBERT FRAZER
United States Attorney

By: *s/ Christopher Stratigeas*
CHRISTOPHER STRATIGEAS
Assistant U.S. Attorney
*Attorneys for Respondents*

So Ordered: 11/19/2026

s/Katharine S. Hayden
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE